UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEREK SCOTT WILLIAMS PLLC and
DEREK SCOTT WILLIAMS REAL ESTATE
LLC, on behalf
of themselves and all others similarly situated,

                Plaintiffs,

v.

THE CINCINNATI INSURANCE
COMPANY,

                Defendant.

Case No. 20 C 2806

## JOINT STATUS REPORT

Plaintiffs Derek Scott Williams, PLLC and Derek Scott Williams Real Estate, LLC and Defendant The Cincinnati Insurance Company, pursuant to the Court's Order of February 28, 2021 (Dkt. #72), hereby submit this Joint Status Report containing a proposed discovery plan and pretrial litigation schedule.

In accordance with the Court's Order, the parties met and conferred about pretrial scheduling on March 4, 2021 and have agreed to the following proposed discovery and pretrial schedule.

| Event | Proposed Deadline |
|---|---|
| Fact Discovery Opens | March 5, 2021 |
| Plaintiffs' Lead Counsel Submission | March 19, 2021 |
| Defendants' Answer to Remaining Claims | March 22, 2021 |
| Deadline to Amend Pleadings or Join Additional Parties | June 30, 2021 |

| | |
|---|---|
| Plaintiffs' Rule 26(a)(2) class certification disclosures | August 6, 2021 |
| Plaintiffs' Motion for Class Certification | August 6, 2021 |
| Defendants' Rule 26(a)(2) class certification disclosures | September 20, 2021 |
| Defendants' Opposition to Class Certification | October 25, 2021 |
| Plaintiffs' Reply In Support of Class Certification | December 21, 2021 |

The parties propose conferring and submitting to the Court a proposal regarding subsequent deadlines promptly after the Court rules on Plaintiffs' Motion for Class Certification.

Dated: March 4, 2021

Respectfully submitted,

By: /s/ Michael D. Monico
Michael Monico
Barry A. Spevack
MONICO & SPEVACK
55 West Jackson Blvd
Suite 1315
Chicago, IL 60604
312-782-8500
mm@monicolaw.com
bspevack@monicolaw.com

*Local Counsel for Plaintiffs and the Proposed Class*

Linda P. Nussbaum
Bart D. Cohen
Christopher B. Sanchez
NUSSBAUM LAW GROUP, P.C.
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
(917) 438-9189
lnussbaum@nussbaumpc.com
bcohen@nussbaumpc.com
csanchez@nussbaumpc.com

James E. Cecchi
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
(973) 994-1700
jcecchi@carellabyrne.com

Michael E. Criden
Lindsey C. Grossman
CRIDEN & LOVE, P.A.
7301 S.W. 57th Court, Suite 515
South Miami, FL 33143
(305) 357-9000
mcriden@cridenlove.com
lgrossman@cridenlove.com

Jason S. Mazer
CIMO MAZER MARK PLLC
100 SE Second Street, Suite 3650
Miami, FL 33131
(305) 374-6481
jmazer@cmmlawgroup.com

*Counsel for Plaintiffs and the Proposed Class*


By:    /s/   Brian M. Reid
Brian M. Reid (#6216739)
Michael P. Baniak (#6299036)
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
(312) 781-6617 (Reid)
(312) 781-6596 (Baniak)
(312) 781-6630 Facsimile
reid@litchfieldcavo.com
baniak@litchfieldcavo.com

*Attorneys for Cincinnati Insurance Company*

**AFFIDAVIT OF SERVICE**

Barry A. Spevack, an attorney, states that all parties were served on March 4, 2021 through the Court's ECF Filing System.

<u>/s/ Barry A. Spevack</u>